# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREG SHAW, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. CIV-17-284-JHP-KEW |
| BAKER HUGHES INCORPORATED; and BAKER HUGHES OILFIELD OPERATIONS INCORPORATED, | ) ) ) ) ) |
|     Defendants. | ) |

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On June 19, 2018, the United States Magistrate Judge entered a Findings and Recommendation granting Defendants' Motion to Compel Arbitration and Dismiss or Stay Proceedings. The Magistrate Judge further recommended that the Clerk be directed to administratively close the case, pending further order of the Court and that the parties be directed to file a Status Report addressing the progress of the arbitration of Plaintiff's claims and any advance toward resolution accomplished by the parties by a date certain. The plaintiff has filed an Objection to the Magistrate Judge's Order within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a), and Defendants have filed a Response to the Objection.

This Court finds that the Findings and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Findings and Recommendation entered by the United States Magistrate Judge on June 19, 2018, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order. Further, the parties are directed to file a Status Report addressing the progress of the arbitration of Plaintiff's claims and any advance toward resolution accomplished by the parties by January 2, 2019 and every thirty (30) days thereafter.

IT IS SO ORDERED this 3rd day of October, 2018.

                                                James H. Payne
                                              United States District Judge
                                              Eastern District of Oklahoma